UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | : Crim. No. 05-120 (JLL) |
| v. | : HON. JOSE L. LINARES<br>U.S. District Judge |
| LOUIS W. MILONE | |
| | : <u>ORDER</u> |

THIS MATTER having been opened to the Court on the application of the defendant, Louis W. Milone, <u>pro se</u>, for an order seeking the early termination of the defendant's probation, and Christopher J. Christie, the United States Attorney for the District of New Jersey, (by Jeffrey S. Chiesa, Counsel to United States Attorney, appearing), having filed opposition to the defendant's application, and the Court having reviewed the application of the defendant, and having considered the arguments of the parties, and good cause appearing,

IT IS on this 4th day of August 2008,

ORDERED that the defendant's application seeking early termination of his probation is hereby denied.

HONORABLE JOSE L. LINARES
United States District Judge